

**Transferred case has been opened**
**waed_cmecf**   to: InterdistrictTransfer_WAWD                          08/20/2019 05:33 PM

From:     waed_cmecf@waed.uscourts.gov
To:       InterdistrictTransfer_WAWD@wawd.uscourts.gov

```
CASE: 2:19-cv-00112

DETAILS: Case transferred from Washington Western
has been opened in U.S. District Court
as case 2:19-cv-00286, filed 08/20/2019.
```